Erik LeRoy, P.C.
500 L St., Ste 302
Anchorage, Alaska 99501
(907) 277-2006
Attorney for Trustee

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ALASKA

| In re: | : | |
|---|---|---|
| | : | Case No. 14-0019 |
| LUTHER DEAN RICKERSON & | : | |
| MARGARET E. IBBOTSON | : | **Notice of Motion to Sell Precious Metals Free &** |
| Debtors | : | **Clear of Liens and Claims & of** |
| | : | **Hearing on Motion** |

Trustee Larry D. Compton has moved for an order approving his sale of the following inventory of precious metals to Oxford Assaying and Refining, 3406 Arctic Blvd., Anchorage, Alaska, on the following terms, approximately 15 days following entry of the Order approving his Motion. These sales are free and clear of any liens or claims against the following inventory of precious metals pursuant to 11 U.S.C. §363(f). There are no UCC filings describing the following inventory and the Trustee knows of no claims to any of the following inventory. The inventory was owned by the Debtors and delivered to the Trustee by the Debtors.

1 bag (357.5 ounces) of old non-collectible, high silver content silver dimes. Face value $500. Oxford will pay the market bid price which can be seen at www.kitco.com/market. The bid price today is about $17.35/oz. Estimated value today is $6,203.

2,000 one ounce Canadian Maple Leaf. Oxford will pay the market bid price which can be seen at www.kitco.com/market. The bid price today is about $17.35/oz. Estimated value today is $34,700.

20 one ounce Canadian Maple Leaf Gold coins. Oxford will pay $20 per ounce under the market bid price which can be seen at www.kitco.com/market. The bid price today is about $1,265/oz. Estimated value today is $24,900.

The Trustee does not believe there is any better means of conducting this sale. He does not believe sale by auction will recover more for the estate and managing this inventory through an auction process entails added complexity and risk.

**Please further take notice that a hearing has been scheduled on the above-described matter for March 4, 2015 at 10:00 a.m. in U.S. Bankruptcy Court, Anchorage, Alaska. If you object to the above-described Application, you must object in writing at or before the hearing.**

Your objection is to be filed in the Office of the Clerk of the above entitled Court at 605 W. 4th Avenue, Suite 138, Anchorage, Alaska 99501-2296 and a copy served on the undersigned on or before said date. If you cannot attend the hearing in person, you may call the U.S. Bankruptcy Court In-Court Deputy Clerk at (907) 271-2640, at least 3 days in advance of the hearing to request telephonic attendance.

SHOULD YOU FAIL TO SO OBJECT OR HAVING OBJECTED FAIL TO TIMELY REQUEST A HEARING, PLEASE BE ADVISED THAT THE COURT MAY ENTER THE ABOVE DESCRIBED ORDER WITHOUT FURTHER NOTICE TO YOU.

February 4, 2015                                    Erik LeRoy, P.C.
                                                    Attorney for Trustee
                                                    */s/ Erik LeRoy*

Certificate of Service

I certify that on February 4, 2015, a copy of this notice was served on the attached matrix of creditors by first class mail and by electronic means through the ECF system as indicated on the Notice of Electronic Filing.


Erik LeRoy

*/s/ Erik LeRoy*